| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 10/15/2009 |
| | U.S. MAGISTRATE JUDGE | TIME: | 5:00 P.M. |

*Maitland -v- Konica Minolta Business Solutions*, **CV 09-1675 (JS) (AKT)**

TYPE OF CONFERENCE: Telephone Conference

APPEARANCES: Plaintiff: Edson Maitland, PRO SE

Defendant: Laurie E. Holsey

SCHEDULING:

The Status Conference shall be held on January 27, 2009 at 11:00 a.m. in Courtroom 910.

THE FOLLOWING RULINGS WERE MADE:

1. Today's telephone conference was held to discuss the issues raised in Plaintiff's letter dated October 8, 2009 [DE 22] and Defendant's motion dated October 13, 2009 [DE 18], and to clarify certain issues with respect to the filing of Plaintiff's Amended Complaint.

2. Plaintiff's Amended Complaint has been filed on ECF as Docket Entry 21. The deadline for Defendant to answer, move or otherwise respond to the Complaint is **November 4, 2009.**

3. Now that a Confidentiality Order is in place in this action, Defendant is to serve its Initial Disclosures expeditiously. Defendant's counsel reports that she will send them to Plaintiff, via certified mail, no later than **October 20, 2009.**

4. I had extensive discussions with the parties regarding responses to discovery requests. Plaintiff served his discovery requests upon Defendant prior to the Initial Conference. At the Initial Conference, I deemed Plaintiff's discovery requests to be served as of that date, October 2, 2009. Defendant served its discovery requests upon Plaintiff on October 8, 2009. Today I directed that each party shall have seven (7) weeks to serve responses to discovery requests and I set the following schedule:

    • Defendant to respond to Plaintiff's discovery demands no later than: **November 23, 2009**

    • Plaintiff to respond to Defendant's discovery demands no later than: **November 26, 2009**

5. During today's conference, I explained to Plaintiff *Pro Se* that, in accordance with Local Rule 37.3, the parties are obligated to confer in good faith to resolve any outstanding discovery disputes. If the parties cannot resolve the dispute among themselves, one or both may seek judicial intervention by filing the appropriate letter motion as expeditiously as possible. The letter motion must contain a certification that the parties have complied with Local Rule 37.3 and *how they have done so*. I also cautioned Plaintiff with regard to the manner in which he characterizes interactions with Defendant's counsel.

6. The Status Conference is scheduled for January 27, 2009 at 11:00 a.m. in Courtroom 910. Prior to the January 27, 2009 Status Conference, the parties are to confer if either side has any objections to the other party's responses to discovery demands in a good faith attempt to resolve any disputes. Whatever is not resolved is to be brought to the Court's attention by letter no later than January 20, 2009.

7. Defendant's counsel is directed to serve a copy of this Order upon Plaintiff *Pro Se* forthwith and to file proof of service on ECF.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge