FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 28 2013   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
EDSON MAITLAND

                   Plaintiff,            REQUESITION TO AMEND COMPLAINT
                                                     June 25, 2013

      -against-                          CV 09-1675 (JS) (AKT)

KONICA MINOLTA BUSINESS SOLUTIONS.

                  Defendant.
-----------------------------------------------X

The Honorable A. Kathleen Tomlinson
U.S. District Court for the Eastern District of New York
100 Fedderal Plaza
Central Islip, NY 11722


Dear Magistrate Judge Tomlinson,

                I would like to inform you that Defendant "Konica Minolta Business Solution" and I Plaintiff "Edson Maitland" are currently in a class action lawsuit in the Texas Southern District case number 4:10 CV 00986.

The Case Watson v. Konica Minolta Business Solution was file on March 25, 2010 and the attorney on the case for Konica Minolta Business Solution was attorney Mr. Loren Gesinsky.

The case description is that Konica Minolta Business Solution violated the Fair Labor Standards Act by failing to compensate certain employee for time spend performing required training outside of normal work hours and to retaliate against certain employee.

I Plaintiff "Edson Maitland" would like to "opt-out" from the Class Action from the Taxas Southern District case (4:10 CV 00986) and to amend this claim to my discrimination and retaliation claim CV 09-1675.

                                           Respectfully submitted

                                           Edson Maitland

   cc  Christine A Amalfe KMBS

RECEIVED
JUN ? 2013
EDNY PRO SE OFFICE