UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
EDSON MAITLAND
                Plaintiff,

-against-

KONICA MINOLTA BUSINESS SOLUTIONS.
                Defendant.
-----------------------------------------------X

RECEIVED
IN CHAMBERS OF
A. KATHLEEN TOMLINSON
★ JUL 2 5 2013 ★
TIME A.M. _____
TIME P.M. _____

REQUEST TO WITHDRAW
REQUEST TO AMEND COMPLAINT

CV 09-1675 (JS) (AKT)

To:      Honorable A. Kathleen Tomlinson
           U.S. District Court for the Eastern District of New York
           100 Federal Plaza
           Central Islip, NY 11722

CC To:  Defendant: Mr. Mitchell Boyarsky
                        Attorney for KMBS
                        GIBBONS P.C.
                        One Pennsylvania Plaza, 37th Floor
                        New York, New York 10119

From:   Plaintiff: Edson Maitland
                      33 Ramblewood Dr
                      Palm Coast, FL 32164

Dear Magistrate Judge Tomlinson,

PLEASE TAKE NOTICE, I Plaintiff "Edson Maitland" would like to withdrew my request to amend my complaint that was requested on June 25 2013.

The request was to amend my complaint CV 09-1675 case with the Class Action suit in the Texas Southern District against Defendant Konica Minolta Business Solution 4:10 CV 00986 with regard to Fair Labor Standard Act, of which I plaintiff was identified as a plaintiff.

So I Plaintiff "Edson Maitland" asking the COURT to withdrew my earlier request to amend.

*[signature]*
EDSON MAITLAND Plaintiff Pro Se
DATED JULY 18, 2013